IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON ROBERTS, § | | |
|    PLAINTIFF, § | | |
| § | | |
| V. § | CASE NO. 3:23-CV-062-N-BK | |
| § | | |
| KROGER TEXAS L.P., *ET AL.*, § | | |
|    DEFENDANTS. § | | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's motion, Doc. 14, is **GRANTED IN PART**.

**SO ORDERED** this 18th day of September, 2023.

_____
David C. Godbey
District Judge