IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON ROBERTS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:23-CV-062-N-BK |
| | § | |
| KROGER TEXAS L.P., *ET AL.*, | § | |
|     DEFENDANTS. | § | |

**JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED**, and **DECREED** that Defendant's motion, Doc. 14, is **GRANTED IN PART**, and this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders and want of prosecution.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SIGNED this 18th day of September, 2023.

_____
David C. Godbey
United States District Judge